IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 NOV 15  PM 4:35
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN ELRIC HUGHES,<br><br>Defendant. | No. 23-CR-159-J<br><br>Counts 1-8:<br>   18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)<br>   (Distribution of Child Pornography)<br><br>Count 9:  18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>   (Possession of Child Pornography)<br><br>**FORFEITURE NOTICE** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about November 3, 2022, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

On or about December 31, 2022, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

On or about January 14, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR

On or about July 26, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE

On or about August 13, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT SIX

On or about August 16, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT SEVEN

On or about August 22, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT EIGHT

On or about September 4, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT NINE

Between on or about November 1, 2022, and on or about September 7, 2023, in the District of Wyoming, the Defendant, **DAMIEN ELRIC HUGHES**, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involve prepubescent minors, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, namely, a silver Microsoft laptop computer with serial number 047090193154, not a product of Wyoming, and a custom gaming computer, not a product of Wyoming.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.      As authorized by 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, the Defendant, **DAMIEN ELRIC HUGHES**, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, a silver Microsoft laptop computer with serial number 047090193154, a custom gaming computer, and a black Micro Center flash drive.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** DAMIEN ELRIC HUGHES

**DATE:** November 14, 2023

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

**Counts 1-8:** 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)
(Distribution of Child Pornography)

5-20 Years Imprisonment
Up to $250,000 Fine
5 Years to Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant to The Victims of Sex Trafficking Act of 2015
Up to $35,000 Special Assessment and Mandatory Restitution of Not Less Than $3,000 Per Requesting Victim Pursuant to The Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018

**Count 9:** 18 U.S.C. § 2252A(a)(5)(B), (b)(2)
(Possession of Child Pornography)

0-20 Years Imprisonment
Up to $250,000 Fine
5 Years to Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant to The Victims of Sex Trafficking Act of 2015
Up to $17,000 Special Assessment and Mandatory Restitution of Not Less Than $3,000 Per Requesting Victim Pursuant to The Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018

**Penalty Summary**
November 14, 2023
Page 2                                                                                         RE: Damien Elric Hughes

| | |
|---|---|
| **TOTALS:** | 5-180 Years Imprisonment<br>Up to $2,250,000 Fine<br>5 Years to Life Supervised Release<br>$900 Special Assessment<br>$45,000 Special Assessment Pursuant to The Victims of Sex Trafficking Act of 2015<br>Up to $297,000 Special Assessment and Mandatory Restitution of Not Less Than $3,000 Per Requesting Victim Pursuant to The Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 |
| **AGENT:** | Gary Seder, DCI |
| **AUSA:** | Christyne M. Martens<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 3 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. Currently in state custody. |