Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15 PM 4:35

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-159-J |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **Crime of Violence (18 U.S.C. § 3156)**
> **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Defendant's appearance as required**
> **Safety of any other person and the community**

3.   Rebuttable Presumption.   The United States will invoke the rebuttable presumption against the Defendant under § 3142(e).  The presumption applies because:

> **Probable cause to believe Defendant committed the crime of child exploitation**

4.   Time for Detention Hearing.   The United States requests the Court conduct the detention hearing:

> **After a continuance of three days**

**DATED** this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
CHRISTYNE M. MARTENS
Assistant United States Attorney
