Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15  PM 4:35

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DAMIEN ELRIC HUGHES,  Defendant. | Case No. 23-CR-159-J |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for **DAMIEN ELRIC HUGHES.**

DATED this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By:  _/s/ Christyne Martens_
CHRISTYNE M. MARTENS
Assistant United States Attorney

BOND SET AT: _Detain_

_/s/ Kelly H. Rankin_
KELLY H. RANKIN
Chief United States Magistrate Judge