# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:17 pm, 12/12/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

DAMIEN ELRIC HUGHES

Defendant.

Case Number:   23-cr-159-ABJ

Date 12/12/2023   Time 1:45 - 2:01 PM   Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Distribution of Child Pornography (1-8)
Possession of Child Pornography (9)

| MiYon Bowden | FTR Recording | Brett Bohlender |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy W. Gist | Scottsbluff County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing _____
☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date 12/12/2023

(Comments) Defendant advised of his rights and charges.

WY53   Rev. 07/18/2023

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☑ Arraignment set for:
Date 12/15/2023    Time 10:00 AM    Judge Kelly H. Rankin

☐ Preliminary hearing set for:   Date _____   Time _____
Judge _____   in _____

☐ Revocation hearing set for:   Date _____   Time _____
Judge _____   in _____

☑ Detention hearing set for:
Date 12/15/2023    Time 10:00 AM    Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____   Time _____   Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____