**FILED**



*1:54 pm, 12/12/23*

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                               Plaintiff,<br><br>vs.<br><br>DAMIEN ELRIC HUGHES<br><br>                               Defendant. | Case Number: 23-CR-159-ABJ |

### WRITTEN CONSENT AND WAIVER TO VIDEO APPEARANCE

I hereby acknowledge I have the right to have the judge appear in person for this proceeding, as opposed to having him/her appearing via a real-time video-conferencing system.

I hereby consent and waive any right to have the judge appear in person for this proceeding and consent to this proceeding being conducted via real-time video.

Dated this 12th day of December, 2023.

_____
Defendant's Signature

WY 106                                                                                          Rev. 04/011/2019