

**FILED**

**Margaret Botkins**
**Clerk of Court**

2:21 pm, 12/12/23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 23-CR-159-ABJ |
| DAMIEN ELRIC HUGHES | |
| Defendant, | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location:** Cheyenne Courtroom #3

2120 Capitol Avenue       Date: December 15, 2023

Cheyenne, WY 82001        Time: 10:00 AM

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   December 12, 2023

Kelly H. Rankin
Chief United States Magistrate Judge

WY 58                                                                                         Rev. 06/02/2022