ANDREW FRANCISCO, District of Columbia Bar No. 1619332
Asst. Federal Public Defender
104 South Wolcott Street, Suite 601
Casper, Wyoming 82601
307-772-2781
andrew.francisco@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DAMIEN ELRIC HUGHES,<br><br>      Defendant. | Case No. 23-CR-159-J |

## ENTRY OF APPEARANCE

Andrew Francisco, Assistant Federal Public Defender, enters his appearance as appointed counsel for the Defendant in the above-captioned matter now pending before this Court.

DATED this 13th day of December 2023.

                                      Respectfully submitted,

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

                                      */s/ Andrew Francisco*
                                      Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2023 the foregoing was electronically filed and consequently served on counsel of record.

                                       */s/ Andrew Francisco*
                                       Assistant Federal Public Defender