AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Wyoming

United States of America
v.
**DAMIEN ELRIC HUGHES**

Case No. 23-CR-159-J

FILED
4:48 pm, 11/16/23
Margaret Botkins
Clerk of Court

RECEIVED
By U.S. Marshals Service at 3:12 pm, Nov 20, 2023

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAMIEN ELRIC HUGHES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1 - 8:  18 U.S.C. §§ 2252A(a)(2)(A),(b)(1) - Distribution of Child Pornography
COUNT 9:  18 U.S.C. §§ 2252A(a)(5)(B),(b)(2) - Possession of Child Pornography

Date:   11/16/2023

*Issuing officer's signature*

City and state:   Cheyenne, Wyoming

Kelly H. Rankin, Chief US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/20/2023, and the person was arrested on *(date)* 12/11/2023 at *(city and state)* CHEYENNE, WYOMING. |
| Date: 12/15/2023                                *Arresting officer's signature*   Paul Duran, DUSM   *Printed name and title* |