DAVID WEISS, Wyoming Bar No. 7-5021
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
david.weiss@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAMIEN ELRIC HUGHES,<br><br>　　　　　　Defendant. | Case No. 23-CR-159-ABJ |

## ENTRY OF APPEARANCE

　　David Weiss, Assistant Federal Public Defender, enters his appearance as appointed counsel for the Defendant in the above-captioned matter now pending before this Court.

　　DATED this 16th day of April 2024.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　VIRGINIA L. GRADY
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　*/s/ David Weiss*
　　　　　　　　　　　　　　　Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024 the foregoing was electronically filed and consequently served on counsel of record.

/s/ *David Weiss*
David Weiss