

**FILED**

**Margaret Botkins**
**Clerk of Court**

11:26 am, 4/22/24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

Damien Elric Hughes

Defendant.

Case Number:   2:23-cr-00159-ABJ-1

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date April 22, 2024     Time   10:25am - 11:25am

☐ Arraignment   ☑ Change of Plea     Before the Honorable   Alan B. Johnson

Interpreter: N/A     Int. Phone: N/A

| Becky Harris | Melanie Sonntag | Ashleigh Miller | N/A |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Cameron Cook

Defendant:   David Weiss

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 9 of an Indictment
☐ *Nolo Contendere*

### NOT GUILTY PLEA                    GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea          ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP      ☑ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or          ☑ Plea agreement filed
on/before _____                             ☑ Sentencing set for July 2, 2024 at 9:30 AM
☐ Trial date set for _____ at _____        in   Cheyenne Courtroom 2
in _____                                    ☐ Plea conditionally accepted
☐ Speedy trial expires on _____            ☑ Count(s) 1 - 8 to be dismissed at time of sentencing
☐ Other _____

BOND IS    ☐ Defendant is detained

☐ Set at _____    ☐ Cash or Surety    ☐ Unsecured

☑ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of _____    ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed    ☐ Travel restricted to _____
☐ Maintain current residence    ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives    ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol    ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing    ☐ Avoid all contact with _____
☐ Surrender passport to _____    ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local    ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____