FILED

*1:16 pm, 6/24/24*

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-159-ABJ |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER having come before the Court upon written motion by Mr. Hughes' court-appointed attorney, and the Court having reviewed the file and being fully advised in the premises, finds that good cause has been shown to continue the sentencing hearing currently set for July 2, 2024.

IT IS THEREFORE ORDERED that the sentencing hearing set for July 2, 2024, at 9:30 a.m. is vacated and reset for __September 17__, 2024 at __9:30__ a.m./~~p.m.~~

DATED this __21st__ day of June 2024.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE