FILED

2:06 pm, 7/10/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No: 2:23-CR-00159-ABJ |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## FINAL ORDER OF FORFEITURE

On April 24, 2024, this Court entered a Preliminary Forfeiture Order (Doc. 36), ordering the Defendant to forfeit (together the "Subject Properties"):

- a silver Microsoft laptop computer with serial number 047090193154,
- a custom gaming computer, and
- a black Micro Center flash drive.

Notice of the Preliminary Forfeiture Order and the intent of the United States to dispose of the property listed in the Indictment in accordance with the law and as specified in the Preliminary Forfeiture Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was given by publication from April 25, 2024 through May 24, 2024. (Doc. 42). No claimants filed a petition in this matter.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** the Preliminary Order of Forfeiture and this Order of Final Forfeiture are final, this court having found that the

Defendant convicted in this case had an interest in the forfeitable property under 18 U.S.C. § 2253 and all right, title and interest to the properties described below is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law:

- a silver Microsoft laptop computer with serial number 047090193154,
- a custom gaming computer, and
- a black Micro Center flash drive.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States has clear title to all the property as set forth in the Preliminary Forfeiture Order dated April 24, 2024 (Doc. 36), and this Final Order of Forfeiture.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED** this 10th day of July 2024.

ALAN B. JOHNSON
United States District Judge