**FILED**

1:30 pm, 1/24/25

**Margaret Botkins
Clerk of Court**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No. 23-CR-159-J** |
| **DAMIEN ELRIC HUGHES,** | |
| Defendant. | |

---

## ORDER GRANTING LEAVE TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT DAMIEN ELRIC HUGHES WITHOUT PREJUDICE

---

After due consideration of the United States' Motion for Leave to File Dismissal, the Court hereby **GRANTS** the United States Attorney leave to file a dismissal without prejudice of the Indictment against the Defendant, Damien Elric Hughes, for the reason that the Defendant is deceased.

**DATED** this _24th_ day of January, 2025.

ALAN B. JOHNSON
United States District Judge