Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-159-J |
| **DAMIEN ELRIC HUGHES,** | |
| Defendant. | |

### DISMISSAL OF INDICTMENT AS TO DEFENDANT
### DAMIEN ELRIC HUGHES WITHOUT PREJUDICE

Having obtained leave of the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney dismisses without prejudice the Indictment against the Defendant, Damien Elric Hughes.

**DATED** this 24th day of January, 2025.

                                                              ERIC HEIMANN
                                                              United States Attorney

By:    */s/ Christyne M. Martens*
          CHRISTYNE M. MARTENS
          Assistant United States Attorney